IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRELL WILLIAMS-BEY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 17-00139-KD-B |
| | : | |
| BALDWIN COUNTY CIRCUIT COURT, | : | |
| *et al.*, | : | |
|     Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 28, 2017, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** without leave to amend, due to lack of subject matter jurisdiction.

**DONE** and **ORDERED** this the **17th** day of **May 2017.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**